[No. 21772–1–I. Division One. July 2, 1990.]

ONDECK, INC., ET AL, *Plaintiffs,* LYNDELL CORPORATION, ET AL, *Respondents,* v. WASHINGTON FEDERAL SAVINGS AND LOAN ASSOCIATION, ET AL, *Defendants,* WALLACE DRAYTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–2–00391–4, Marshall Forrest, J., entered December 7, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 23035–2–I. Division One. July 2, 1990.]

*In the Matter of the Marriage of* JANET TRAVATTE, *Respondent, and* ROBERT TRAVATTE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–3–00483–1, Marshall Forrest, J., entered September 2, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Grosse, A.C.J., and Swanson, J.

[No. 9462–6–III. Division Three. July 3, 1990.]

THE DEPARTMENT OF LICENSING, *Respondent,* v. CHARLES JAY SEAMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 87–2–00046–8, Larry M. Kristianson, J., entered November 16, 1987. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.